**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 21-6305**

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

ROBERT LOGAN GORMAN, a/k/a Robert Gorman,

Defendant - Appellant.

Appeal from the United States District Court for the Southern District of West Virginia, at Charleston.  Joseph R. Goodwin, District Judge.  (2:19-cr-00131-1)

Submitted:  June 2, 2021                                    Decided:  June 15, 2021

Before MOTZ, QUATTLEBAUM, and RUSHING, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Robert Logan Gorman, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Robert Logan Gorman appeals the district court's order denying his renewed request for compassionate release pursuant to 18 U.S.C. § 3582(c)(1)(A)(i), as amended by the First Step Act of 2018, Pub. L. No. 115-391, § 603(b)(1), 132 Stat. 5194, 5239. On appeal, we confine our review to the issues raised in the informal brief. *See* 4th Cir. R. 34(b). Gorman's informal brief argues only that the district court erred in concluding that he did not exhaust his administrative remedies before pursuing his renewed motion. Despite its findings on exhaustion, the court proceeded to consider the merits of Gorman's motion, denying relief after concluding that he did not demonstrate extraordinary and compelling reasons justifying compassionate release. Because Gorman's informal brief does not challenge the district court's dispositive ruling, he has forfeited appellate review of the district court's order. *See Jackson v. Lightsey*, 775 F.3d 170, 177 (4th Cir. 2014) ("The informal brief is an important document; under Fourth Circuit rules, our review is limited to issues preserved in that brief."). Accordingly, we affirm the district court's judgment. We grant Gorman's request for leave to file his informal brief out of time. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*